IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BONITA SANDBERG, MICHAEL WAGNER, AND KYLE SISSON, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFFS, <br><br> v. <br><br> PERRY HOMES, A JOINT VENTURE, AND PERRY HOMES, LLC <br><br> DEFENDANTS. | § § § § § § § § § § § § § | CIVIL ACTION NO. 1:09-CV-00763-LY |

## NOTICE OF FILING ADDITIONAL NOTICES OF CONSENT

Plaintiffs Bonita Sandberg, Michael Wagner, and Kyle Sisson (collectively, "Plaintiffs") on behalf of themselves and all other similarly situated individuals, file this Notice of Filing Additional Notices of Consent, and would show the Court that, by way of the attached Notices of Consent, the following individuals hereby join this collective action:

1. Carlos de la Garza
2. Christopher Ryan

Respectfully submitted,

*Broadus A Spivey*
_____
Broadus A. Spivey
State Bar No. 00000076
48 East Avenue
Austin, Texas 78701
o: 512+474-6061  f: 512+474-1605
Email: bas@spivey-law.com

1

# CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2009, I electronically filed the foregoing document with the clerk of the court for the Western District of Texas using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has appeared in the case and consented in writing to accept this Notice as service of this document by electronic means:

>Geoffrey H. Bracken
>GARDERE WYNNE SEWELL, LLP
>1000 Louisiana, Suite 3400
>Houston, TX 77002
>o: 713+276-5000  f: 713+276-5555
>gbracken@gardere.com

>Attorney for BONITA SANDBERG, ET AL

>*/s/ Broadus A. Spivey*
>Broadus A. Spivey

9179P.024

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BONITA SANDBERG, ET AL., on behalf of themselves and all others similarly situated, | § § § § | Civil Action No. 1:09-cv-00763-LY |
| Plaintiffs, | § § | |
| v. | § § | COLLECTIVE ACTION (JURY) |
| PERRY HOMES, A JOINT VENTURE, ET AL. | § § | |
| Defendants. | | |

**NOTICE OF CONSENT**

I, the undersigned, a current or former employee of Perry Homes hereby consent to be a party plaintiff in the above action, which is a collective action under the Fair Labor Standards Act to collect unpaid wages and other damages. I agree to be bound by the outcome of this proceeding.

Dated: 11-9-09

_Carlos de la Garza_
Name (Print)

_[signature]_
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BONITA SANDBERG, ET AL., on behalf of themselves and all others similarly situated, | § § § § | Civil Action No. 1:09-cv-00763-LY |
| Plaintiffs, | § § | |
| v. | § § § | COLLECTIVE ACTION (JURY) |
| PERRY HOMES, A JOINT VENTURE, ET AL. | § § | |
| Defendants. | | |

### NOTICE OF CONSENT

I, the undersigned, a current or former employee of Perry Homes hereby consent to be a party plaintiff in the above action, which is a collective action under the Fair Labor Standards Act to collect unpaid wages and other damages. I agree to be bound by the outcome of this proceeding.

Dated: 11-9-2009

Christopher D. R_____
Name (Print)

_____
Signature