IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BONITA SANDBERG, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, § § § § Plaintiffs, § § V. § § PERRY HOMES, A JOINT VENTURE, § PERRY HOMES, LLC, § § Defendants. § § | CASE NO. A-1:09-CA-763-LY |

## ORDER

Pursuant to Plaintiffs' and Defendants' Joint Request to the Court for Approval of the Settlements of all Plaintiffs and opt-in Plaintiffs in this collective action under the Fair Labor Standards Act, the Court finds and orders the following:

Having reviewed the proposed settlements between the parties, the Court approves same. It is ORDERED that all settlements of the Plaintiffs and opt-in Plaintiffs in the above-styled and number cause are APPROVED.

SIGNED this 5th day of November, 2010.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

AGREED:

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |

/s/ Broadus A. Spivey
Broadus A. Spivey
State Bar No. 00000076
48 East Avenue
Austin, Texas 78701
(512) 474-6061 – Telephone
(512) 474-1605 – Facsimile
bas@spivey-law.com – E-mail

/s/ Rhonda H. Wills
Rhonda H. Wills
State Bar No. 00791943
2700 Post Oak Boulevard
Suite 1350
Houston, Texas 77056
(713) 528-4455 – Telephone
(713) 528-2047 – Facsimile
rwills@rwillslawfirm.com – E-mail

ATTORNEYS FOR PLAINTIFFS

/s/ Scott R. McLaughlin
Paula Denney
State Bar No. 05746950
pdenney@jw.com – E-mail
Scott R. McLaughlin
State Bar No. 00791234
smclaughlin@jw.com – E-mail
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
(713) 752-4200 – Telephone
(713) 752-4221 – Facsimile

ATTORNEYS FOR DEFENDANTS
PERRY HOMES, LLC & PERRY HOMES,
A JOINT VENTURE